IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

QUINCY JAY PLESSY                                                    PETITIONER

v                              CASE NO. 12-2118

RAY HOBBS, Director
Arkansas Department of Correction                              RESPONDENT

ORDER

Petitioner has submitted for filing in this district a pro se petition under 28 U.S.C. §2254

for a writ of habeas corpus.  The court finds the petition should be provisionally filed prior to a

determination regarding plaintiff's status as a pauper.  The United States District Clerk is hereby

directed to file the petition nunc pro tunc as of May 15, 2012.

The clerk is directed to provided petitioner with an application for proceeding as a pauper

in this matter.  Accordingly, petitioner is given up to an including June 30, 2012, in which to

furnish the court with an application or pay the filing fee of 5$.  Should petitioner fail to comply

within the required period of time, his petition may become subject to summary dismissal for

failure to obey a court order.

IT IS SO ORDERED 1st day of June 2012.

/s/ J. Marschewski
Honorable James R. Marschewski
United States Magistrate Judge

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 1 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk