IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

QUINCY JAY PLESSY                                                    PETITIONER

v.                                    Case No. 2:12-CV-02118

RAY HOBBS, Director, Arkansas Department of Corrections          RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the instant petition is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 9th day of February, 2015.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE