IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

QUINCY J. PLESSY                                                                           PETITIONER

v.                              Case No. 2:12-CV-02118

RAY HOBBS, Director, Arkansas Department of Corrections                RESPONDENT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 31) from United States Magistrate Judge Mark E. Ford.  The Court has also received Petitioner Quincy J. Plessy's objections (Doc. 33).  The Magistrate recommends denying Mr. Plessy a certificate of appealability and denying leave to appeal in forma pauperis, as the Magistrate found no substantive issues that were debatable among reasonable jurists.  Plessy objects that reasonable jurists could debate whether he received ineffective assistance of counsel and whether an evidentiary hearing is warranted.  The Court finds that Plessy's objections contain no law or fact that would persuade the Court to depart from the reasoning of the Magistrate.

The Court has reviewed this case and finds that the report and recommendation is proper, and should be and hereby is ADOPTED IN ITS ENTIRETY.  Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that the motions for certificate of appealability and for leave to appeal in forma pauperis (Docs. 27 and 29) are DENIED.

IT IS SO ORDERED this 25th day of June, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE